UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE VANEGAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN D. BITER,<br><br>　　　　　Respondent. | CASE NO. CV 11-2986-DOC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   May 2, 2012.

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Vanegas Judgment.wpd